# UNITED STATES DISTRICT COURT
for the  
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Two United States Postal Service Priority Mail parcels bearing tracking label numbers 9505 5162 1837 3104 7014 84, and 9405 5111 0807 0478 3754 18 currently in the custody of the USPI Task Force Office in Chino, CA | Case No. 5:23-MJ-00200 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;  
☒ contraband, fruits of crime, or other items illegally possessed;  
☒ property designed for use, intended for use, or used in committing a crime;  
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), and 843(b) | See attached affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____  
*Applicant's signature*

USPIS TFO, Zachary Sumpter  
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____  
*Judge's signature*

City and state: <u>Riverside, CA</u>   Honorable Shashi H. Kewalramani, U.S. Magistrate Judge  
*Printed name and title*

AUSA: Abigail W. Evans (951-276-6086)

## **AFFIDAVIT**

I, Zachary Sumpter, being duly sworn, declare and state as follows:

### I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of an application for a warrant to search two United States Postal Service ("USPS") Priority Mail parcels (hereinafter referred to as the "SUBJECT PARCELS"). All the SUBJECT PARCELS are currently in the custody of the United States Postal Inspection Service ("USPIS") Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California 91710:

    a. SUBJECT PARCEL 1 is a USPS Priority Mail parcel in a white colored, large USPS Flat Rate Box bearing tracking number 9505 5162 1837 3104 7014 84, with a recipient address of "Jose Pena, 2002. W.76th, Ave, Denver. CO, 80221" and a return address of "Juan Pena, 34008. Leon St., lake elsinore, Ca, 92530". SUBJECT PARCEL 1 was postmarked on April 14, 2023, in the 92530 ZIP code.

    b. SUBJECT PARCEL 2 is a USPS Priority Mail parcel in a white colored, large USPS Flat Rate Box bearing tracking number 9405 5111 0807 0478 3754 18, with a recipient address of "Daniel moreno, 2002. W 76th. AVE., APT# 807., Denver CO. 80221" and a return address of "Juan Moreno, 15175. CAliFornia. St, lAKE ElsinoE. CA, 92530". SUBJECT PARCEL 2 was postmarked on April 19, 2023, in the 92530 ZIP code.

2. The requested search warrant seeks authorization to seize fruits, instrumentalities, and evidence of violations of

Title 21, United States Code, Sections 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, including the Mails, to Facilitate the Distribution of a Controlled Substance), as described more fully in Attachment B. Attachment B is incorporated by reference herein.

3.   The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically said otherwise, all conversations and statements described in this affidavit are relayed in substance and in part only.

## II. TRAINING AND EXPERIENCE

4.   I am a Task Force Officer ("TFO") with the USPIS, and I have been so employed since November of 2021.  I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the United States Mail.  As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section

2516.  Before being assigned as a TFO with the USPIS, I worked patrol as a full-time sworn law enforcement officer with the Chino Police Department ("CPD").  I have been a sworn law enforcement officer since August 2013.  I am a Police Officer within the meaning of Section 830.1 of the California Penal Code.

    5.   I have received training and have experience investigating violations of state and federal narcotics and money laundering laws, including, but not limited to, Title 21, United States Code, Sections 841, 846, 952, 959, and 963, and Title 18, United States Code, Section 1956(a).  I am familiar with various electronic surveillance methods, techniques, and investigations, including state and federal wiretap investigations and the debriefing of informants and witnesses, as well as others who have knowledge of the manufacturing, distribution, transportation, storage, and importation of controlled substances and the laundering of drug proceeds.

    6.   I have participated in many aspects of drug trafficking investigations, including investigations into the smuggling of illegal drugs, money laundering, and extortion concerning drug trafficking.  I am familiar with narcotics traffickers' methods of operation, including the manufacturing, storage, transportation, and distribution of narcotics, the collection of money that represents the proceeds of narcotics trafficking, and money laundering.  I am also familiar how narcotics traffickers transport and distribute narcotics in areas they control.  I am familiar with how drug traffickers use

3

counter-surveillance techniques to avoid detection by law enforcement.  I also know that drug traffickers often communicate with their drug-trafficking associates through cellular telephones.  I am aware that more sophisticated drug trafficking networks now use the dark web, email, Blackberry devices, Voice Over Internet Protocol, video chat, internet messaging services, and social networking sites to communicate with one another.  During drug-related communications, traffickers often use coded or cryptic language to disguise the drug-related nature of their conversations.

### III.  STATEMENT OF PROBABLE CAUSE

**A.      Background**

7.    As described in detail in this affidavit, SUBJECT PARCEL 1 and SUBJECT PARCEL 2 are both outbound parcels to Denver, Colorado, from Lake Elsinore, California, and were selected for investigation because it met certain criteria consistent with packages containing contraband.  The SUBJECT PARCEL 1 and SUBJECT PARCEL 2 are believed to contain controlled substances or the proceeds from the trafficking of controlled substances based on, among other things, positive alerts by a trained narcotics-detection canine.

8.    Based on my training and discussions with experienced Postal Inspectors, I know that Postal Inspectors have been conducting investigations into drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In particular, they began conducting organized interdictions of Express Mail and Priority Mail parcels suspected of containing controlled

4

substances and proceeds from the sale of controlled substances in Los Angeles, California, in the early 1990s. Along with conducting organized interdictions, Postal Inspectors also regularly examine and investigate Express Mail and Priority Mail parcels throughout the year. During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances using boxes, with the proceeds in the form of cash. Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders. By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances that lend a sense of legitimacy to the parcel.

9. From my training, personal experience, and the collective experiences relayed to me by Postal Inspectors on my team who specialize in investigations concerning the mailing of controlled substances and drug proceeds, I am aware that the greater Los Angeles area is a major source area for controlled substances. As such, controlled substances are frequently transported from the greater Los Angeles area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the greater Los Angeles area via the United States Mail. These proceeds are generally in large amounts of money over $1,000.

10. I also know based on my training and experience that drug traffickers will often use one of two USPS services: Priority Mail Express Service, which is the overnight/next day delivery mail service, and Priority Mail Service, which is the two-to-three-day delivery mail service. Drug traffickers use Priority Mail Express delivery services because of their speed, reliability, and the ability to track the package's progress to the intended delivery point. Drug traffickers often use Priority Mail delivery services because they allow drug traffickers more time for travel between states if they are following their shipments to their destinations for distribution. Like Priority Mail Express, Priority Mail also allows drug traffickers to track the package's progress to the intended delivery point.

11. Based on information derived and built upon over many years, I, like other Postal Inspectors and TFOs, initially look for certain characteristics when examining Priority Mail Express and Priority Mail for controlled substances or drug proceeds. These characteristics include:

    a. The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

    b. The article bears a handwritten label; and/or

    c. The handwritten label on the article does not contain a business account number.

12. Parcels found to meet these characteristics are scrutinized by Postal Inspectors and TFOs through further investigation, which may include return and addressee address

verifications and trained narcotics-detecting canine examinations.  Postal Inspectors and Task Force Officers will also look for additional drug or drug proceed parcel characteristics such as:

      a.   The seams of the article are all taped or glued shut;

      b.   The article emits the odor of a cleaning agent, adhesive, or spray foam, detectable by a human; and/or

      c.   Multiple articles are mailed by the same individual, on the same day, from different locations.

13.  Based on my training and experiences and information learned during discussions with Postal Inspectors, I know that drug traffickers often use fictitious or incomplete names and/or addresses to conceal their identity from law enforcement.  Indeed, it is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Initial Identification of the SUBJECT PARCELS**

14.  On April 19, 2023, I was alerted to SUBJECT PARCEL 1 based on USPS business records.  Upon reviewing USPS records, I learned that SUBJECT PARCEL 1 was not delivered because the recipient address is unknown, and instead it was designated to be returned to the sender.  On April 20, 2023, I was alerted to SUBJECT PARCEL 2 based on USPS business records.  Upon reviewing USPS records, I learned that SUBJECT PARCEL 2 was mailed to the same recipient street address as SUBJECT PARCEL 1, however, the recipient address for SUBJECT PARCEL 2 added apartment 807.  On

7

April 26, 2023, I recovered both SUBJECT PARCEL 1 and SUBJECT PARCEL 2.

    **C.**    **ACCURINT Database Check Regarding the SUBJECT PARCELS**

15. ACCURINT is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

16. According to ACCURINT database records, the return address information listed on SUBJECT PARCEL 1 is not associated with the listed sender "Juan Pena." Based on an ACCURINT database check of the listed recipient, "Jose Pena" is not associated with the listed recipient address.

17. According to ACCURINT database records, the return address information listed on SUBJECT PARCEL 2 is not associated with the listed sender "Daniel Moreno." Based on an ACCURINT database check of the listed recipient, "Juan Moreno" is not associated with the listed recipient address.

    **D.**    **Positive Canine Alert on the SUBJECT PARCELS**

18. On April 27, 2023, CPD Officer Angel Bran and his narcotics-detection canine, "Cyra," conducted an exterior examination of SUBJECT PARCEL 1 and SUBJECT PARCEL 2. Officer Bran informed me that Cyra gave a positive alert to SUBJECT PARCEL 1 and SUBJECT PARCEL 2, indicating the presence of controlled substances or other items that emitted the odor of controlled substances in the SUBJECT PARCELS. Attached to this affidavit as Exhibit 1, which I incorporate fully herein by reference, is an affidavit setting forth information provided by Officer Bran regarding Cyra's training and history in detecting

controlled substances and Cyra's investigation of both SUBJECT PARCEL 1 and SUBJECT PARCEL 2.

## IV. CONCLUSION

19. Based on the information provided in this affidavit, I believe there is probable cause that SUBJECT PARCEL 1 and SUBJECT PARCEL 2, as described in Attachment A, contains evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, including the Mails, to Facilitate the Distribution of a Controlled Substance), as described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
April, 2023.

_____
HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

<u>PARCEL TO BE SEARCHED</u>

      a.    SUBJECT PARCEL 1 is a USPS Priority Mail parcel in a white colored, large USPS Flat Rate Box bearing tracking number 9505 5162 1837 3104 7014 84, with a recipient address of "Jose Pena, 2002. W.76th, Ave, Denver. CO, 80221" and a return address of "Juan Pena, 34008. Leon St., lake elsinore, Ca, 92530".  SUBJECT PARCEL 1 was postmarked on April 14, 2023, in the 92530 ZIP code.

      b.    SUBJECT PARCEL 2 is a USPS Priority Mail parcel in a white colored, large USPS Flat Rate Box bearing tracking number 9405 5111 0807 0478 3754 18, with a recipient address of "Daniel moreno, 2002. W 76th. AVE., APT# 807., Denver CO. 80221" and a return address of "Juan Moreno, 15175. CAliFornia. St, lAKE ElsinoE. CA, 92530".  SUBJECT PARCEL 2 was postmarked on April 19, 2023, in the 92530 ZIP code.

i

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The following are the items to be seized from SUBJECT PARCEL 1 and SUBJECT PARCEL 2, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, including the Mails, to Facilitate the Distribution of a Controlled Substance):

    a.    Any controlled substances, including marijuana;

    b.    Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c.    Any associated packaging materials.

# Exhibit 1

1

## AFFIDAVIT

### HANDLER ANGEL BRAN AND K9 "CYRA"

I, **Officer Angel Bran**, attended the Adlerhorst Police Dog Handler Course in June 2019 with Police Service Dog (PSD) Cyra. I received 240 hours of instruction in basic police dog handling skills. PSD Cyra and I were certified as a patrol team in August 2019. In August 2020, PSD Cyra and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Cyra and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In September 2020, PSD Cyra and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Cyra alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behavior's PSD Cyra engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2013 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the San Bernardino County Sheriff's Department, Chino Police Department and the California Narcotic Officers' Association on drug recognition and symptomology.

I do continual training with PSD Cyra through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Cyra on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Cyra off my human odor. This training is on-going and continual.

On _4-27-23 @ 1400_, _Postal Inspector Sumpter_ asked the assistance of PSD Cyra and I in a narcotic parcel investigation. PSD Cyra alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: _9505 5162 1837 3104 7014 84_

Addressed to: _Jose Pena_
_2002 W 76TH Ave_
_Denver Co 80221_

K9 Officer Angel Bran ID#3655
Chino Police Department

# AFFIDAVIT

## HANDLER ANGEL BRAN AND K9 "CYRA"

I, **Officer Angel Bran**, attended the Adlerhorst Police Dog Handler Course in June 2019 with Police Service Dog (PSD) Cyra. I received 240 hours of instruction in basic police dog handling skills. PSD Cyra and I were certified as a patrol team in August 2019. In August 2020, PSD Cyra and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Cyra and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In September 2020, PSD Cyra and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Cyra alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behavior's PSD Cyra engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2013 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the San Bernardino County Sheriff's Department, Chino Police Department and the California Narcotic Officers' Association on drug recognition and symptomology.

I do continual training with PSD Cyra through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Cyra on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Cyra off my human odor. This training is on-going and continual.

On __4·27·23 @ 1405__, __Postal Inspector Sumpter__ asked the assistance of PSD Cyra and I in a narcotic parcel investigation. PSD Cyra alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: __9405 5111 0807 0478 3754 18__

Addressed to: __Daniel Moreno__
__2002 W 76th Ave Apt #807__
__Denver Co 80221__

K9 Officer Angel Bran ID#3655
Chino Police Department